# EXHIBIT D

# NON-INFRINGEMENT CHART

## U.S. Patent No. 12,275,446 B2

*Comparison of the '446 Patent's independent claims with Plaintiff's Non-Infringing Products*

**Independent Claim 1**

| Claim Language | Product Comparison |
|---|---|
| 1. A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart (10) comprising:  FIG. 1 | Unlike the patent—for a collapsible cart designed to transition from a folded (closed) condition to an expanded (open) condition for cart use—this product is NOT functional as a cart. It is a collapsible storage box with two states: a folded state for compact storage and an expanded state for holding items. Lacking wheels (a key feature of the patented cart), this product is solely intended for storage purposes and cannot be used as a cart.  |
| a rigid frame (12) forming a compartment (14), the rigid frame having a front wall (16), a rear wall (18), a right sidewall (20), a left sidewall (22), and a bottom wall (24), | The product consists of a rigid frame forming a compartment. The frame has a front wall B1, a rear wall B2, a right sidewall B3, a left sidewall (the transparent door) B4 and a bottom wall B5. |



FIG. 1





**FIG. 4**

the right sidewall (20) and the left sidewall (22) are configured to fold inwardly in the closed condition;



**FIG. 8**

As specified in the referenced patent, the left and right sidewalls are designed to fold inwardly when the cart is in the closed state. However, the product features a different storage configuration: to place it in the closed position for storage, the right sidewall must be folded outwardly, while the left sidewall (the transparent door) requires detachment. This is because, due to the structural constraints of the surrounding walls, neither the left nor the right sidewall can be folded inwardly.



3



**FIG. 3**

the right sidewall comprising a first right panel (26) rotatably coupled to a second right panel (28);



**FIG. 8**

The right sidewall comprises a first right panel B31 and a second right panel B32, which are not rotatably connected. In the referenced patent, such rotational connection is achieved via a hinge (27) between the two panels. However, Plaintiff's product does not incorporate any hinges or similar structures to enable rotational movement between these two panels; instead, they are secured between the front wall and rear wall via an engaging structure.

4





| | |
|---|---|
| a first track (46) formed along the first right panel and the second right panel extending from a first position (50) on the first panel to a second position (52) on the second right panel; and | The product is configured with a first track B6 extending along the first right panel and the second right panel, spanning from a first position on the first right panel to a second position on the second right panel. |

5



FIG. 2



a first slideable member (58) cooperatively engaged to the first track (46), the first slideable member is movable along the first track between an open position to a closed position to selectively lock the first right panel (26) to the second right panel (28), wherein the first slideable member (58) is in the open position when disposed along the first track (46) adjacent the first position (50) of the first track (46) while not disposed along the second right panel (28) and is in the closed position when disposed along the first track (46) adjacent the second position (52) of the first track (46) while being disposed across both the first right panel (26) and second right panel (28).

The product comprises a first right panel B31, a second right panel B32 and a first track B6. Specifically, the first right panel B31 is integrally formed with the top wall B7, while the second right panel B32 is integrally formed with the bottom wall B5; both the first right panel B31 and the second right panel B32 are fixed to the first track B6 via an engaging structure.

When the product is placed in the storage configuration, the first right panel B31 and the second right panel B32 become disengaged from the first track B6 and no longer make contact with it. It is important to note that this product lacks a first slidable component designed to adjust its folded or operational state.



FIG. 8

FIG. 2

**Independent Claim 10**

| Claim Language | Product Comparison |
|---|---|
| 10. A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart (10) comprising:  FIG. 1 | Unlike the patent—for a collapsible cart designed to transition from a folded (closed) condition to an expanded (open) condition for cart use—this product is NOT functional as a cart. <br><br> It is a collapsible storage box with two states: a folded state for compact storage and an expanded state for holding items. Lacking wheels (a key feature of the patented cart), this product is solely intended for storage purposes and cannot be used as a cart.  |
| a rigid frame (12) forming a compartment (14) in the open condition, the rigid frame having a front wall (16), a rear wall (18), a right sidewall (20), a left sidewall (22), and a bottom wall (24), | The product consists of a rigid frame forming a compartment. The frame has a front wall B1, a rear wall B2, a right sidewall B3, a left sidewall (the transparent door) B4 and a bottom wall B5. |



FIG. 1

FIG. 4



As specified in the referenced patent, the left and right sidewalls are designed to fold inwardly when the cart is in the closed state. However, the product features a different storage configuration: to place it in the closed position for storage, the right sidewall must be folded outwardly, while the left sidewall (the transparent door) requires detachment. This is because, due to the structural constraints of the surrounding walls, neither the left nor the right sidewall can be folded inwardly.



wherein the right sidewall (20) and the left sidewall (22) are configured to fold inwardly in the closed condition,



FIG. 8

10



**FIG. 3**

| | |
|---|---|
| wherein the right sidewall (20) comprises a first right panel (26) rotatably coupled to a second right panel (28), | The right sidewall comprises a first right panel B31 and a second right panel B32, which are not rotatably connected. In the referenced patent, such rotational connection is achieved via a hinge (27) between the two panels. However, Plaintiff's product does not incorporate any hinges or similar structures to enable rotational movement between these two panels; instead, they are secured between the front wall and rear wall via an engaging structure. |



FIG. 8





| | |
|---|---|
| wherein the first right panel (26) comprises a first locking member in the open condition and the closed condition, and the second right panel (28) comprises a second locking member in the open condition and the closed condition, and<br><br>wherein the first locking member cooperatively engages the second locking member to selectively align the first right panel (26) with the second right panel (28). | The first right panel B31 is equipped with a first locking member B33a configurable in an open condition or a closed condition, while the second right panel B32 includes a second locking member B33b similarly operable between open and closed states. The first locking member B33a and the second locking member B33b engage cooperatively to selectively align the first right panel B31 with the second right panel B32. |





FIG. 1

FIG. 8

13

**Independent Claim 16**

| Claim Language | Product Comparison |
|---|---|
| 16. A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart (10) comprising:<br><br><br><br>FIG. 1 | Unlike the patent—for a collapsible cart designed to transition from a folded (closed) condition to an expanded (open) condition for cart use—this product is NOT functional as a cart.<br><br>It is a collapsible storage box with two states: a folded state for compact storage and an expanded state for holding items. Lacking wheels (a key feature of the patented cart), this product is solely intended for storage purposes and cannot be used as a cart.<br><br> |
| a rigid frame (12) forming a compartment (14) in the open condition, the rigid frame having a front wall (16), a rear wall (18), a right sidewall (20), a left sidewall (22), and a bottom wall (24), | The product consists of a rigid frame forming a compartment. The frame has a front wall B1, a rear wall B2, a right sidewall B3, a left sidewall (the transparent door) B4 and a bottom wall B5. |



FIG. 1

FIG. 4



As specified in the referenced patent, the left and right sidewalls are designed to fold inwardly when the cart is in the closed state. However, the product features a different storage configuration: to place it in the closed position for storage, the right sidewall must be folded outwardly, while the left sidewall (the transparent door) requires detachment. This is because, due to the structural constraints of the surrounding walls, neither the left nor the right sidewall can be folded inwardly.



15

the right sidewall (20) and the left sidewall (22) are configured to fold inwardly in the closed condition,



FIG. 8



FIG. 3

| the right sidewall (20) comprising a first right panel (26) rotatably coupled to a second right panel (28); | The right sidewall comprises a first right panel B31 and a second right panel B32, which are not rotatably connected. In the referenced patent, such rotational connection |
|---|---|

16



**FIG. 8**

is achieved via a hinge (27) between the two panels. However, our product does not incorporate any hinges or similar structures to enable rotational movement between these two panels; instead, they are secured between the front wall and rear wall via an engaging structure.





a first lock assembly (58) integrated with the first right panel (26) and the second right panel (28) and configured to selectively lock the first right panel (26) with the second right panel (28) in the open condition, the first lock assembly having a first condition for locking the first right panel (26) with the

The product is engineered with a first right panel B31 and a second right panel B32, which are designed to interface with each other during assembly and use. A first lock assembly B33 is integrally formed at the mutual contact position between the first right panel B31 and the second right panel B32 —

17

second right panel (28) in the open condition, and a second condition for unlocking the first right panel (26) from the second right panel (28), and

wherein the first lock assembly (58) is integrated with the first right panel (26) and the second right panel (28) in both the closed condition and in the open condition.



FIG. 1

a strategic design that ensures the lock assembly aligns seamlessly with the panels' structural configuration.

Functionally, the first lock assembly B33 serves as a core fastening component, enabling two key operational states: it can securely lock the first right panel B31 to the second right panel B32 to maintain structural stability during product use, or it can be actuated to unlock the first right panel B31 from the second right panel B32 for disassembly, storage, or adjustment purposes.



18

19



**FIG. 8**

**Independent Claim 22**

| Claim Language | Product Comparison |
|---|---|
| 22. A collapsible cart configured to transition from a closed condition where it is folded up to an open condition where it is expanded for use, the collapsible cart (10) comprising: | Unlike the patent—for a collapsible cart designed to transition from a folded (closed) condition to an expanded (open) condition for cart use—this product is NOT functional as a cart. |
|  FIG. 1 | It is a collapsible storage box with two states: a folded state for compact storage and an expanded state for holding items. Lacking wheels (a key feature of the patented cart), this product is solely intended for storage purposes and cannot be used as a cart.  |
| a frame (12) defining a compartment (14), wherein: the frame comprises at least five walls, including a first wall (16), a second wall (18), a third wall (20), a fourth wall (22), and a fifth wall (24); | The product consists of a rigid frame forming a compartment. The frame has a front wall B1, a rear wall B2, a right sidewall B3, a left sidewall (the transparent door) B4 and a bottom wall B5. |

20



FIG. 1

FIG. 4



at least three of the walls are configured to fold inwardly toward the fifth wall (24) when the cart is in the closed condition;



As specified in the referenced patent, at least three of the walls are configured to fold inwardly toward the fifth wall when the cart is in the closed condition. However, the product features a different storage configuration: to place it in the closed position for storage, the right sidewall must be folded outwardly, while the left sidewall (the transparent door) requires detachment. This is because, due to the structural constraints of the surrounding walls, neither the left nor the right sidewall can be folded inwardly. Additionally, the remaining walls cannot be folded inwardly.

In summary, if we intend to disassemble the product and place it in the closed condition, none of the walls are folded inwardly—a configuration that stands in stark contrast to the patent's description of "at least three of the walls are configured to fold inwardly."





**FIG. 4**

the third wall comprises a first panel (26) and a second panel (28), the second panel (28) rotatably coupled to the first panel (26);



**FIG. 8**

The right sidewall comprises a first right panel B31 and a second right panel B32, which are not rotatably connected. In the referenced patent, such rotational connection is achieved via a hinge (27) between the two panels. However, our product does not incorporate any hinges or similar structures to enable rotational movement between these two panels; instead, they are secured between the front wall and rear wall via an engaging structure.

23



| | |
|---|---|
| a first fastener (58) configured to selectively secure the first panel (26) and the second panel (28) in the open condition, the first fastener (58) operable between a first state for securing the first panel (26) and the second panel (28) along a first plane in the open condition, and a second state for releasing the first panel (26) and the second panel (28) from the first plane; and<br><br>wherein the first fastener (58) is integrated with the first right panel (26) and the second right panel (28) in both the closed condition and in the open condition. | The product is engineered with a first right panel B31 and a second right panel B32, which are designed to interface with each other during assembly and use. A first lock assembly B33 is integrally formed at the mutual contact position between the first right panel B31 and the second right panel B32 — a strategic design that ensures the lock assembly aligns seamlessly with the panels' structural configuration.<br><br>Functionally, the first lock assembly B33 serves as a core fastening component, enabling two key operational states: it can securely lock the first right panel B31 to the second right panel B32 to maintain structural stability during product use, or it can be actuated to unlock the first right panel B31 from the second right panel B32 for disassembly, storage, or adjustment purposes. |

24

25



FIG. 1

25